John A. GUIDO

v.

TOWNSHIP OF SANDY and
Dubois Dutch, LLC,

Petition of Dubois Dutch, LLC.

Supreme Court of Pennsylvania.

Aug. 27, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2003, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether a leasehold interest with an option to purchase creates a property interest in the lessee sufficient to support a subdivision under the terms of the Pennsylvania Municipalities Planning Code (MPC).